IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **DYNACAP LLC,**<br><br>             **Plaintiff,**<br>v.<br><br>**APPLE INC.,**<br>**STMICROELECTRONICS N.V., AND**<br>**STMICROELECTRONICS, INC.,**<br><br>             **Defendants.** | **Civil Action No. 1:25-cv-01768-ADA**<br><br>**Jury Trial Demanded** |

**STIPULATION REGARDING**
**CASE READINESS STATUS REPORT DEADLINE**

Plaintiff DynaCap LLC ("DynaCap") and Defendants Apple Inc. ("Apple") and STMicroelectronics Inc., ("STI," and collectively with Apple, "Defendants"), hereby jointly provide this Stipulation Regarding Case Readiness Status Report Deadline ("Stipulation") to memorialize the parties' agreement related to the forthcoming deadline to file a Case Readiness Status Report ("CRSR") according to the Court's Standing Order Governing Proceedings (OGP)—Patent Cases. According to the OGP, the current deadline to file the CRSR is January 22, 2026. The Parties have conferred and request the Court to extend this deadline by one week until January 29, 2026.

This Stipulation is not made for delay but to accommodate the parties' schedules and to provide the parties with additional time to discuss requested extensions and the impact of the pending service of foreign Defendant STMicroelectronics N.V.

1

2

Dated: January 22, 2026					Respectfully submitted,

*/s/ Daniel L. Schmid*
Andrew G. DiNovo
Texas State Bar No. 00790594
Daniel L. Schmid
Texas State Bar No. 24093118
**DiNovo Price LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 727-6691
adinovo@dinovoprice.com
dschmid@dinovoprice.com

Winston Huff
Texas State Bar No. 24068745
Kirk Voss
Texas State Bar No. 24075229
**Griffith Barbee PLLC**
1722 Routh St., Ste. 910
Dallas, TX 75201
T: 214.446.6038
winston.huff@griffithbarbee.com
kirk.voss@griffithbarbee.com

**ATTORNEYS FOR PLAINTIFF
DYNACAP LLC**

By: */s/ Michael T. Pieja*
Michael T. Pieja (pro hac vice)
Doug Winnard (pro hac vice)
Samuel E. Schoenburg (pro hac vice)
Xaviere N. Giroud (pro hac vice)
Madeline R. Thompson (pro hac vice)
Ethan Perbohner (pro hac vice)
Kurt A. Holtzman (pro hac vice)
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
dwinnard@goldmanismail.com
sschoenburg@goldmanismail.com
xgiroud@goldmanismail.com
mthompson@goldmanismail.com
eperbohner@goldmanismail.com
kholtzman@goldmanismail.com

Deron R. Dacus
Texas Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903-705-1117 (phone & fax)
ddacus@dacusfirm.com

**COUNSEL FOR DEFENDANT/COUNTERCLAIMANT APPLE INC.**

/s/ *Richard L. Wynne, Jr.*
Darin M. Klemchuk
Texas Bar No. 24002418
darin.klemchuk@klemchuk.com
Richard L. Wynne, Jr.
Texas Bar No. 24003214
richard.wynne@klemchuk.com
Zach Tiritilli
Texas Bar No. 24144125
zach.tiritilli@klemchuk.com
**KLEMCHUK PLLC**
8150 N. Central Expressway, 10th Fl.
Dallas, Texas 75206
Tel: (214) 3676000
Fax: (214) 367-6001

**ATTORNEYS FOR DEFENDANT
STMICROELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2026, the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which will deliver electronic notification to all registered counsel of record.

*/s/ Daniel L. Schmid*
Daniel L. Schmid

4